dismis.re 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-072-CV

JULIA EPPS APPELLANT

V.

DAYBREAK COMMUNITY  APPELLEE

SERVICES, INC. F/K/A TEXAS 

SUNRISE SERVICES, INC. D/B/A DAYBREAK 

----------

FROM THE 89TH DISTRICT COURT OF WICHITA COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered “Appellant’s Notice Of Withdrawal Of Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).  

Appellant shall pay all costs of this appeal, for which let execution issue.  
See
 
Tex. R. App. P
. 42.1(d).

PER CURIAM 

PANEL D:  CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED: April 6, 2006

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.